# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR3 TRUST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZUZZETTE M. ECHEVERRIA; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-04497<br><br>State Case No.: 112CV224576<br><br>**ORDER SHORTENING TIME**<br><br>JUDICIAL OFFICER: HON. RONALD M. WHYTE |

Having read and considered the Ex Parte Application of Plaintiff, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR3 TRUST ("Plaintiff"), for and Order Shortening Time on its Motion to Remand, and good cause having been found,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Shorten Time is hereby GRANTED.

The hearing on Plaintiff's Motion to Remand is hereby advanced to September 21, 2012 at 9 a.m. in the above-entitled Court located at 280 S 1st St, San Jose, CA 95113.  Any Opposition papers shall be filed and served no later than September 19, 2012.  Any Reply papers shall be filed and served no later than September 20, 2012.

Plaintiff shall serve this Order upon Defendant(s) no later than September 14, 2012.

Service of this Order, the Opposition papers and the Reply papers may be made by

1  personal delivery, facsimile transmission or overnight mail.

3  Dated: September 11, 2012          *Ronald M. Whyte*
4                                     UNITED STATES DISTRICT JUDGE