**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR3 TRUST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZUZZETTE M. ECHEVERRIA; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No.: 5:12-cv-04497<br><br>State Case No.: 112CV224576<br><br>**ORDER GRANTING MOTION TO REMAND** |

　　The motion of plaintiff, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR3 TRUST ("Plaintiff"), for and order remanding this case to the Superior Court of California having come regularly for hearing before the above-entitled court, on the date above-mentioned, and the Court having reviewed the motion and supporting documents submitted in support of said motion, and any opposition thereto, and good cause having been found,

　　IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remand is GRANTED. This case is remanded to the State Court from which it originated.

1   Dated: _____9/21/12__          *Ronald M. Whyte*
                                    _____
2                                   UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28